UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
Alexis Allen, Latricia Hickenbottom &
Wyatt Logan, Nancy Torres, Jose Pinlac,
Aimee Branch & Brandon Burr

    Plaintiffs,

v.

Krucial Staffing, LLC & Brian Michael Cleary V,

    Defendants.
-----------------------------------------------------------X

**DEFENDANT KRUCIAL STAFFING, LLC'S CORPORATE DISCLOSURE**

20-CV-2859 (JGK)

## DEFENDANT KRUCIAL STAFFING, LLC'S CORPORATION'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Krucial Staffing, LLC, by and through its counsel of record Lathrop GPM, LLP, hereby certifies that the following are corporate parents, affiliates and/or subsidiaries, which are publicly held:

1. None.

Respectfully submitted,

LATHROP GPM LLP

By: /s/:  Nancy Sher Cohen

Nancy Sher Cohen (NY Bar No. 4160479)
1888 Century Park East, Suite 1000
Los Angeles, California 90067
Telephone: (310) 789-4600
Facsimile: (310) 789-4601
Nancy.Cohen@LathropGPM.com

And

Michael J. Abrams (*pro hac vice pending*)
Kate O'Hara Gasper (*pro hac vice pending*)
2345 Grand Boulevard, Suite 2200

1

                                        Kansas City, Missouri 64108-2618
                                        Telephone: (816) 292-2000
                                        Telecopier: (816) 292-2001
                                        Michael.Abrams@LathropGPM.com
                                        Kate.Gasper@LathropGPM.com