```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
―――――――――――――――――――――――――――――

**ALEXIS ALLEN et al.,**

              **Plaintiffs,**             20cv2859 (JGK)

      **- against -**                 <u>**ORDER**</u>

**KRUCIAL STAFFING et al.,**

              **Defendants.**

―――――――――――――――――――――――――――――

**JOHN G. KOELTL, District Judge:**

    The case is referred to the Magistrate Judge for purposes of settlement. The plaintiffs' time to respond to the motion to sever is extended to June 12, 2020. The defendants may reply by June 26, 2020.

**SO ORDERED.**

**Dated:**    **New York, New York**
            **May 25, 2020**                  /s/ John G. Koeltl
                                                  **John G. Koeltl**
                                      **United States District Judge**