UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

Alexis Allen, Latricia Hickenbottom &
Jalen Eaton, Nancy Torres, Jose Pinlac,
Aimee Branch & Brandon Burr,

      Plaintiffs,

v.

Krucial Staffing, LLC & Brian Michael Cleary V,

      Defendants.
-----------------------------------------------------------X

AFFIDAVIT IN SUPPORT OF MOTION FOR PRO HAC VICE ADMISSION FOR MICHAEL J. ABRAMS

20-CV-2859 (JGK)

STATE OF KANSAS    )
                        ) SS:
COUNTY OF JOHNSON  )

      Michael J. Abrams, being first duly sworn, deposes and states that:

      1.     My name is Michael J. Abrams, and I am a partner with the law firm of Lathrop GPM LLP;

      2.     I have never been convicted of a felony;

      3.     I have never been censured, suspended, disbarred or denied admission or readmission by any court; and

      4.     There are no disciplinary proceedings presently against me.

      Further affiant sayeth naught.

32732647v.1

Dated this 2nd day of June, 2020.

_____
Michael J. Abrams

Subscribed and sworn to before me this 2nd day of June, 2020.

_____
Notary Public

My Commission Expires:

8-12-2020

JENNIFER L. HERNANDEZ
Notary Public - State of Kansas
My Appt. Expires Aug. 12, 2020

32732647v.1