# GREGORY ANTOLLINO
## ATTORNEY AT LAW

GREGORY10011@ICLOUD.COM
WWW.ANTOLLINO.COM

275 SEVENTH AVENUE, SUITE 705
NEW YORK, NEW YORK 10001

TEL. (212) 334-7397
FAX (212) 334-7399

June 12, 2020

Judge John G. Koeltl
U.S. District Court
500 Pearl Street
New York, NY 10007

> Application granted.
> SO ORDERED.
>
> New York, NY   /s/ John G. Koeltl
> June 15, 2020   John G. Koeltl, U.S.D.J.

RE:   Allen et al. v. Krucial Staffing, Inc. et ano, 20-cv-2859 (JGK)

Dear Judge Koeltl:

It appears that my response to the motion to sever is due today. I might be able to get it filed by midnight, but I am asking, in the alternative until next Wednesday, chiefly for one reason. Specifically, I contacted defense counsel about a conference on this motion (and how we might resolve it, if only temporarily), as well as the next week's pre-conference conference with Magistrate Ona Wang. Defense counsel suggested a time and date, along with a call-in number to follow, but I did not hear back, even I followed up.

Certainly, I accept this as my mistake; the above is just an explanation, and there were other matters that prevented me from working earlier this week. I had shelved the response (in my mind), though just remembered it was due today. I'll attempt to file today, but if I am unable to do so, I would ask for a short extension until Wednesday June 17. (If you get this application until Monday, I'd ask for the same relief nunc pro tunc.)

Sincerely,

*Greg S. Antollino*

Gregory Antollino

Cc:   Michael Abrams, Nancy Sher Cohen, Kate O'Hara Gasper (by ecf)