**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------X
**Alexis Allen, Latricia Hickenbottom & Jalen Eaton, Nancy Torres, Jose Pinlac, Aimee Branch & Brandon Burr,**

    **Plaintiffs,**

v.

**Krucial Staffing, LLC & Brian Michael Cleary V,**

    **Defendants.**
---------------------------------------------------------X

**AFFIDAVIT IN SUPPORT OF MOTION FOR PRO HAC VICE ADMISSION FOR KATHRYN O'HARA GASPER**

**20-CV-2859 (JGK)**

STATE OF KANSAS    )
                           ) SS:
COUNTY OF JOHNSON   )

    Kathryn O'Hara Gasper, being first duly sworn, deposes and states that:

    1.    My name is Kathryn O'Hara Gasper, and I am a partner with the law firm of Lathrop GPM LLP;

    2.    I have never been convicted of a felony;

    3.    I have never been censured, suspended, disbarred or denied admission or readmission by any court; and

    4.    There are no disciplinary proceedings presently against me.

32828939v.1

Further affiant sayeth naught.

_____
Kathryn O'Hara Gasper

Subscribed and sworn to before me this 15th day of July, 2020.

_____
Notary Public

My Commission Expires: 7/15/2020

CHERYL A. KING
Notary Public - State of Kansas
My Appt. Expires July 15, 2020

2

32828939v.1