**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
ALEXIS ALLEN,

                Plaintiff,                            20-cv-2859 (JGK) (OTW)

       -against-                             **ORDER**

KRUCIAL STAFFING, LLC, et al.,

                Defendants.

------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court will hold a Status Conference in this matter telephonically on **Tuesday, March 02, 2021 at 3:00 p.m.** The dial in information is (866) 390-1828, access code 1582687.  Parties are directed to submit a joint status letter by January 22, 2021.

      **SO ORDERED.**

                                                             *s/ Ona T. Wang*

Dated: January 7, 2021                                     **Ona T. Wang**
       New York, New York                 United States Magistrate Judge