**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
ALEXIS ALLEN,

                     Plaintiff,                           20-cv-2859 (JGK) (OTW)

        -against-                              **ORDER**

KRUCIAL STAFFING, LLC, et al.,

                     Defendants.

-----------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court has reviewed ECF 88 and ECF 89 and is troubled by the meandering, half-baked discovery dispute presented by Plaintiff, as well as the parties' demonstrated inability to effectively meet and confer.

Plaintiff continues to take issue with many of Defendants' Responses and Objections to Plaintiff's First Request for Production of Documents. However, based on the Court's close review of ECF 89-2, it appears that Defendants are only withholding documents sought in Request Nos. 6, 7, 9, 11, 17, 19, 20, 22, 26, 28, 29, 37, 38, 42, 43. Defendants object to these Requests on grounds of relevance, undue burden, and/or ambiguity. The Court will accordingly limit its consideration to the Requests where documents are being withheld.

If Plaintiff is seeking relief from the Court, rather than merely complaining about opposing counsel's responses, Plaintiff is directed to file a *proper letter motion to compel production of documents* by **February 16, 2021**. The letter motion should be no longer than 5 single-spaced pages (exclusive of exhibits). In the letter motion, Plaintiff must separately and clearly identify: each Request for which judicial intervention is sought, the relevance of the

requested documents, and reasons why Plaintiff believes Defendants' objections are insufficient, citing to case law where possible. Requests must be identified by Request Number (*i.e.* "Request No. _"), **NOT** by paragraph number.

Defendants' opposition letter, also not to exceed 5 single-spaced pages, is due by **February 19, 2021**. For each objection based on undue burden, Defendants must explain the basis for their hour estimations, the format and volume of the withheld documents, and any additional burdens (other than hours) posed by each request. There shall be no replies.

**SO ORDERED.**

*s/ Ona T. Wang*

Dated: February 11, 2021
New York, New York

**Ona T. Wang**
United States Magistrate Judge