**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
ALEXIS ALLEN,

                Plaintiff,                      20-cv-2859 (JGK) (OTW)

      -against-                         **ORDER**

KRUCIAL STAFFING, LLC, et al.,

                Defendants.

------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court will hold a Status Conference in this matter telephonically on **Friday, April 09, 2021 at 11:00 a.m.** The dial in information is (866) 390-1828, access code 1582687.  Parties are directed to submit a joint status letter by January 22, 2021.

**SO ORDERED.**

                                                                            *s/ Ona T. Wang*

Dated: March 2, 2021                                         **Ona T. Wang**
       New York, New York                     United States Magistrate Judge