**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
ALEXIS ALLEN,

              Plaintiff,　　　　　　　　20-cv-2859 (JGK) (OTW)

        -against-　　　　　　　　　　　　**REVISED ORDER**

KRUCIAL STAFFING, LLC, et al.,

              Defendants.
------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court will hold a Status Conference in this matter telephonically on **Friday, April 09, 2021 at 11:00 a.m.** The dial in information is (866) 390-1828, access code 1582687.

**SO ORDERED.**

                                                          *s/ Ona T. Wang*

Dated: March 3, 2021　　　　　　　　　　　　　　**Ona T. Wang**
       New York, New York　　　　　　　　　United States Magistrate Judge