**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
ALEXIS ALLEN,

                Plaintiff,       20-cv-2859 (JGK) (OTW)

      -against-                                **ORDER TO STRIKE**

KRUCIAL STAFFING, LLC, et al.,

                Defendants.
------------------------------------------------------------x

    **ONA T. WANG, United States Magistrate Judge:**

    The Court respectfully directs the Clerk of Court to strike document number 98 from the docket.

SO ORDERED.

                                                  *s/ Ona T. Wang*
Dated: March 3, 2021                                        **Ona T. Wang**
       New York, New York                         United States Magistrate Judge