UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
ALEXIS ALLEN, *et al.*,

                    Plaintiffs,

          -against-

KRUCIAL STAFFING, LLC, *et al.*,

                    Defendants.

------------------------------------------------------------x

20-cv-2859 (JGK) (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

By **August 27, 2021**, the parties shall submit a joint letter suggesting **at least three dates** for an **in-person** Settlement Conference (at the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, Courtroom 20D) during the weeks of October 11th, October 25th, or November 1st. The joint letter shall also provide an update on the status of litigation. Counsel shall review the Court's Individual Practices in Civil Cases § VII upon receipt of this Scheduling Order.

**SO ORDERED.**

Dated: July 15, 2021
       New York, New York

                            *s/ Ona T. Wang*
                              **Ona T. Wang**
                     United States Magistrate Judge