**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
ALEXIS ALLEN, et al.,                      :
                                           :
                Plaintiff,                 :        20-CV-2859 (JGK) (OTW)
                                           :
        -against-                          :        SCHEDULING ORDER
                                           :
KRUCIAL STAFFING, LLC, et al.,             :
                                           :
                Defendants.                :
                                           :
------------------------------------------------------------x
```

**ONA T. WANG**, **United States Magistrate Judge:**

**ORDERED** that an in-person Settlement Conference will be held on **Thursday, October 14, 2021 at 2:00 p.m.** at the Daniel Patrick Moynihan Courthouse, 500 Pearl St., Courtroom 20D. Counsel shall review and comply with the Court's Individual Rules of Practice in Civil Cases § VII upon receipt of this Scheduling Order.

It is further **ORDERED** that the parties' Ex Parte Settlement Conference Summary Forms and Letters shall be submitted by Thursday, October 07, 2021.

**SO ORDERED.**

_s/ Ona T. Wang_
Dated: July 21, 2021          **Ona T. Wang**
    New York, New York         United States Magistrate Judge