**Antollino PLLC**
Gregory Antollino, Esq.
127 West 30th Street, 9th Floor
New York, NY 10001
212-334-7397
gregory@antollino.com

August 27, 2021

Ona T. Wang
United States Magistrate Judge
United States District Court
500 Pearl Street
New York, NY 10007

RE: Allen, et al. v. Krucial Staffing, LLC et al., 20-cv-2859(JGK)(OTW) ERRATA

Dear Judge Wang:

Ms. Gasper emailed me at or about 5:15 Central promising to file her own letter because her assistant had to leave at 5:30 Central Time. This threat came after much back and forth about the issues. As such, plaintiffs mistakenly reported in the paragraph starting on page 2:

*"The documents attached include (1)"*

The paragraph should begin: *"The documents we ask be made public include (1)"* etcetera

We did not file any documents, of course. We had intended to file a small batch then we got caught up on interpretation of the rules, the number of documents, redaction. Then I got the above-mentioned email, gave the letter a once over, missing some things, but deciding that the perfect is the enemy of the good. That's the only glaring error. Other than that, perhaps a conference would suffice.

Also the documents we seek to file on the public record were identified by the defense, and there's no magic, in a joint letter, for one side to go first or not. I could be wrong, of course, and if I am I'm sure you will let me know.

Sincerely,

/s/ *Greg S. Antollino*

Gregory Antollino

Cc: Kate Gasper, Michael Abrams (by ECF)