UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

ALLEN ET AL.

                          Plaintiffs,                    20-cv-2859 (JGK)

            - against -                                  ORDER

KRUCIAL STAFFING, LLC ET AL.

                          Defendants.
_____

JOHN G. KOELTL, District Judge:

      The conference scheduled for Monday, September 27, 2021 at

4:00 PM is canceled. The parties may proceed on any motions

without a pre-motion conference.


SO ORDERED.

Dated:     New York, New York
           September 22, 2021

                                              _____
                                                    John G. Koeltl
                                              United States District Judge