**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
ALEXIS ALLEN, *et al.*,

        Plaintiffs,

    -against-

KRUCIAL STAFFING, LLC, *et al.*,

        Defendants.

-------------------------------------------------------------x

:
:
:
:
:
:
:
:
:
:

20-cv-2859 (JGK) (OTW)

**ORDER**

   **ONA T. WANG, United States Magistrate Judge:**

   By **October 6, 2021**, the parties shall each submit one-page *ex parte* letters to

Wang_NYSDChambers@nysd.uscourts.gov stating (1) whether they remain interested in having

a Settlement Conference and, if so, (2) the dates they are available for a Settlement Conference

in October or November 2021 (including but not limited to October 14, 2021).

**SO ORDERED.**

              _s/ Ona T. Wang_
Dated: September 30, 2021         **Ona T. Wang**
   New York, New York     United States Magistrate Judge