**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
ALEXIS ALLEN, et al.,                              :
                                                   :
        Plaintiffs,                        :       20-CV-2859 (JGK) (OTW)
                                                   :
        -against-                          :       **ORDER**
                                                   :
KRUCIAL STAFFING, LLC, et al.,                     :
                                                   :
        Defendants.                        :
                                                   :
------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge:**

Pursuant to ECF 144, an in-person Settlement Conference is scheduled for **November 5, 2021 at 1:00 p.m.** at 500 Pearl Street, Courtroom 20D. ECF 144 directed counsel to "closely review and comply with the Court's Individual Practices in Civil Cases § V" and submit "Ex Parte Settlement Conference Summary Forms and Letters (limited to 3 pages)" to Wang_NYSDChambers@nysd.uscourts.gov by **October 29, 2021**. Defendants timely submitted their materials on **October 29, 2021** and have expended resources to prepare for and travel to the Settlement Conference. Plaintiffs have not submitted their materials to date. Plaintiffs' Settlement Conference Summary Forms and Letters (limited to 3 pages) must be emailed to Wang_NYSDChambers@nysd.uscourts.gov by **12:00 p.m. on November 3, 2021**. Failure to submit such materials by that time may result in cancellation of the Settlement Conference.

    SO ORDERED.

                                                          _s/ Ona T. Wang_
Dated: November 1, 2021                      **Ona T. Wang**
      New York, New York            United States Magistrate Judge