UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------x
ALEXIS ALLEN, et al.,                   :
                                        :
                    Plaintiffs,         :     20-CV-2859 (JGK) (OTW)
                                        :
            -against-                   :     ORDER
                                        :
KRUCIAL STAFFING, LLC, et al.,          :
                                        :
                    Defendants.         :
                                        :
------------------------------------------------------------x
```

**ONA T. WANG**, **United States Magistrate Judge:**

The Court will hold a **Plaintiffs-only** telephonic settlement conference on **November 12, 2021**. The dial in information is (866) 390-1828, access code 1582687. Plaintiffs' counsel is required to participate; counsel's clients are invited, but not required to participate. By **November 10, 2021**, Plaintiffs' counsel shall file a letter on the docket indicating whether counsel prefers the November 12th conference be held from **9-10 a.m. or 12-1 p.m.**

The Court will hold a **Defendants-only** telephonic settlement conference on **November 23, 2021**. The dial in information is the same. Defendants' counsel is required to participate; counsel's clients and Defendants' carrier (and its counsel) are invited, but not required to participate. By **November 10, 2021**, Defendants' counsel shall file a letter on the docket indicating whether counsel prefers the November 23rd conference be held from **12-1 p.m. or 1:30-2:30 p.m.**

SO ORDERED.

Dated: November 8, 2021
       New York, New York

_s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge