**JASON M. BAXTER**
ATTORNEY AT LAW
267 FIFTH AVENUE, SUITE SB100
NEW YORK, NEW YORK 10016
TELEPHONE (212) 889-9811

November 10, 2021

Honorable Ona T. Wang
USDC Southern District of New York
500 Pearl Street
New York, NY 10007

**Re:**   *Allen et. al. v. Krucial Staffing et. al. Case No. 20-cv-2859,*

Dear Judge Wang,

Mr. Antollino had a death in his family and is attending a funeral today. He has been speaking to the Plaintiffs and has determined that you will need about ten minutes for each of them, so we will need more than an hour. We request the time slot from 12pm on November 12th for our conference

Respectfully Submitted,

*[signature]*

Jason M. Baxter, Esq.