**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x

ALEXIS ALLEN, et al.,                                    :
                                                         :
                 Plaintiffs,                             :        20-CV-2859 (JGK) (OTW)
                                                         :
                 -against-                               :        **ORDER**
                                                         :
KRUCIAL STAFFING, LLC, et al.,                           :
                                                         :
                 Defendants.                             :
                                                         :
                                                         :
-----------------------------------------------------------x

         **ONA T. WANG**, **United States Magistrate Judge:**

         Pursuant to ECF 151 and 154, today's 12 p.m. plaintiffs-only settlement conference is

scheduled to proceed telephonically at (866) 390-1828, access code 1582687. If Plaintiffs prefer

that the conference proceed via Zoom, Plaintiffs' counsel shall email a Zoom link to

wang_nysdchambers@nysd.uscourts.gov.

         **SO ORDERED.**

                                                         _s/ Ona T. Wang_____

Dated: November 12, 2021                                 **Ona T. Wang**
       New York, New York                                United States Magistrate Judge