**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
ALEXIS ALLEN, et al.,                                              :
                                                                   :
               Plaintiffs,                    :     20-CV-2859 (JGK) (OTW)
                                                                   :
               -against-                     :     **ORDER**
                                                                   :
KRUCIAL STAFFING, LLC, et al.,                                     :
                                                                   :
               Defendants.                    :
                                                                   :
                                                                   :
------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge:**

Since November 1, 2021, the Court has received at least 5 *ex parte* emails and 1 voicemail from Plaintiffs' counsel that, though ostensibly submitted for purposes of settlement, are disrespectful, hostile, and largely unrelated to the substance of this case or settlement discussions.

Accordingly, **all** future correspondence from Plaintiffs' counsel shall be filed on the CM/ECF docket. **Settlement communications shall be filed on the docket UNDER SEAL**. Plaintiffs' counsel shall not email or mail any correspondence to Chambers or any Chambers staff. There shall be no phone calls to Chambers outside of scheduled phone conferences. All future conferences with Plaintiffs' counsel will be recorded and/or transcribed.

      SO ORDERED.

                                                         *s/ Ona T. Wang*
Dated: November 22, 2021                      **Ona T. Wang**
      New York, New York             United States Magistrate Judge