Antollino PLLC, Gregory Antollino, Esq., Principal
116 West 23rd Street, Ste. 500, New York, NY 10011
Ph: 212-334-7397  Cell: 212-979-6899  gregory@antollino.com

November 23, 2021

Ona T. Wang
United States Magistrate Judge
500 Pearl Street
New York, NY 10007

RE: Allen, et al. v. Krucial Staffing, LLC et al., 20-cv-2859(JGK)(OTW)

Dear Magistrate Wang:

      I ask for leave to file a motion under seal formally seeking your recusal in this case. Since I believe the reasons for this request might overlap (or interfere) with earlier orders by you (or endorsed by you), I ask to file a two-page letter outlining my basic reasoning. While I could follow the Federal Rules of Civil Procedure, I fear further backlash from you for not following your conception – whether grounded in rules, convention or earlier orders – whether the statements in the letter are "appropriate," "irrelevant," or "hostile."

Sincerely,

/s/

*Greg S. Antollino*

Gregory Antollino

Cc:    Jason Baxter
          Kate Gasper O'Hara
          Michael Abrams
          Vicki Slater (by email Vicki@vickislater.com)