
2345 Grand Boulevard, Suite 2200
Kansas City, MO 64108
Main: 816.292.2000

Lathrop GPM LLP
lathropgpm.com

**Michael J. Abrams**
Partner
michael.abrams@lathropgpm.com
816.460.5530

November 24, 2021

**VIA ECF Filing Only**

The Hon. Ona T. Wang
U.S. District Court
500 Pearl Street
New York, NY 10007

RE: Case No. 20-cv-2859, *Allen, et al. v. Krucial Staffing*, LLC *et al.*

Dear Judge Wang:

We respectfully submit this letter motion to seal Plaintiffs' recent filing, Docket No. 165-1.

Document No. 165-1, which Plaintiffs initially filed under seal, improperly discloses information relating to confidential settlement conferences in violation of the Court's Individual Practices, Paragraph V(a). These provisions require that "[a]ll settlement conferences are 'off the record' and strictly confidential." Thus, we respectfully ask the Court to seal Document 165-1 to maintain confidentiality.

Very truly yours,


*/s/ Michael J. Abrams*



cc: All Counsel of Record via ECF