**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
ALEXIS ALLEN, et al.,

                Plaintiffs,                 20-CV-2859 (JGK) (OTW)

              -against-                  **ORDER**

KRUCIAL STAFFING, LLC, et al.,

                Defendants.

------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge:**

The Court has reviewed Defendants' November 24th letter (ECF 166) requesting 165-1 to be sealed. ECF 165-1 shall be **provisionally** sealed pending a request for redactions. By **December 2, 2021**, the parties shall file a joint letter that clearly identifies (a) the specific parts of ECF 165-1 that Defendants seek to redact, (b) whether the parties have reached agreement on the redaction request, and (c) the reasons the parties seek to redact or oppose the redaction request, and the **prejudice** that either party would suffer as a result of the redaction or determination not to allow redaction. The joint letter shall be filed under seal on the docket. The Clerk of Court is directed to close ECF 166.

    SO ORDERED.

                                                             _s/ Ona T. Wang_

Dated: November 29, 2021                  **Ona T. Wang**
       New York, New York                  United States Magistrate Judge