# **EXHIBIT 6**

Page 158

Veritext Legal Solutions
1100 Superior Ave
Suite 1820
Cleveland, Ohio 44114
Phone: 216-523-1313

July 13, 2021

To: Gregory Antollino, Esq.

Case Name: Allen, Alexis, et al. v. Krucial Staffing, LLC, et al.

Veritext Reference Number: 4634340

Witness: Jennifer M. Ryan      Deposition Date: 6/25/2021

Dear Sir/Madam:

Enclosed please find a deposition transcript. Please have the witness review the transcript and note any changes or corrections on the included errata sheet, indicating the page, line number, change, and the reason for the change. Have the witness' signature notarized and forward the completed page(s) back to us at the Production address shown above, or email to production-midwest@veritext.com.

If the errata is not returned within thirty days of your receipt of this letter, the reading and signing will be deemed waived.

Sincerely,
Production Department

NO NOTARY REQUIRED IN CA

Page 159

```
 1                    DEPOSITION REVIEW
                  CERTIFICATION OF WITNESS
 2
          ASSIGNMENT REFERENCE NO: 4634340
 3        CASE NAME: Allen, Alexis, et al. v.
                     Krucial Staffing, LLC, et al.
          DATE OF DEPOSITION: 6/25/2021
 4        WITNESS' NAME: Jennifer M. Ryan
 5        In accordance with the Rules of Civil
   Procedure, I have read the entire transcript of
 6 my testimony or it has been read to me.
 7        I have made no changes to the testimony
   as transcribed by the court reporter.
 8
   8/12/2021                    Jennifer M. Ryan
 9 Date                         Jennifer M. Ryan
10        Sworn to and subscribed before me, a
   Notary Public in and for the State and County,
11 the referenced witness did personally appear
   and acknowledge that:
12
          They have read the transcript;
13        They signed the foregoing Sworn
                Statement; and
14        Their execution of this Statement is of
                their free act and deed.
15
          I have affixed my name and official seal
16
   this   12   day of  August            , 20 21  .
17
          Karen M. Finnessey
18        Notary Public
                              1/17/2022
19        _____
          Commission Expiration Date
20
21              KAREN M. FINNESSEY
22          Notary Public, State of New York
                 No. 01FI6140094
23            Qualified in Albany County
            My Commission Expires Jan. 17  2022
24
25
```

Page 160

DEPOSITION REVIEW
CERTIFICATION OF WITNESS

ASSIGNMENT REFERENCE NO: 4634340
CASE NAME: Allen, Alexis, et al. v.
          Krucial Staffing, LLC, et al.
DATE OF DEPOSITION: 6/25/2021
WITNESS' NAME: Jennifer M. Ryan

In accordance with the Rules of Civil Procedure, I have read the entire transcript of my testimony or it has been read to me.

I have listed my changes on the attached Errata Sheet, listing page and line numbers as well as the reason(s) for the change(s).

I request that these changes be entered as part of the record of my testimony.

I have executed the Errata Sheet, as well as this Certificate, and request and authorize that both be appended to the transcript of my testimony and be incorporated therein.

_8/12/2021_     _Jennifer M. Ryan_
Date            Jennifer M. Ryan

Sworn to and subscribed before me, a Notary Public in and for the State and County, the referenced witness did personally appear and acknowledge that:

    They have read the transcript;
    They have listed all of their corrections
        in the appended Errata Sheet;
    They signed the foregoing Sworn
        Statement; and
    Their execution of this Statement is of
        their free act and deed.

I have affixed my name and official seal this __12__ day of __August__, 20_21_.

_Karen M. Finnessey_
Notary Public

KAREN M. FINNESSEY
Notary Public, State of New York
No. 01FI6140094
Qualified in Albany County
My Commission Expires Jan. 17 2022

_1/17/2022_
Commission Expiration Date

Page 161

# ERRATA SHEET
## VERITEXT LEGAL SOLUTIONS MIDWEST
## ASSIGNMENT NO: 4634340

Pg 212 corrections

| PAGE/LINE(S) | CHANGE | REASON |
|---|---|---|
| Page 138/Line 1 | "patient" to "patients" | as stated |
| Page 138/Line 24 | "procedures in" to "procedures and" | as stated |
| Page 143/Line 12 | "this" to "the" | as stated |
| Page 153/Line 24 | "incidents" to "incidence" | correct form |

FOR READ AND SIGN PURPOSES ONLY

8/12/2021 — Jennifer M. Ryan

Date — Jennifer M. Ryan

SUBSCRIBED AND SWORN TO BEFORE ME THIS 12 DAY OF August, 2021.

Karen M. Finnessey

Notary Public

KAREN M. FINNESSEY
Notary Public, State of New York
No. 01FI6140094
Qualified in Albany County
My Commission Expires Jan. 17, 2022

1/17/22

Commission Expiration Date

Page 161

ERRATA SHEET
VERITEXT LEGAL SOLUTIONS MIDWEST
ASSIGNMENT NO: 4634340

Page 1/2 corrections

| PAGE/LINE(S) | CHANGE | REASON |
|---|---|---|
| Page 4/Line 15 | "Nope" to "No" | as stated |
| Page 12/Line 12 | "to AVP" to "to the AVP" | omitted, stated |
| Page 13/Line 20 | "at" to "in" | as stated |
| Page 14/Line 14 | "or" to "are" | as stated |
| Page 27/Line 7 | "think the" to "this" | as stated |
| Page 36/Line 7 | "movie" to "manner" | as stated |
| Page 41/Line 15 | "APPS" to "APPs" | Plural of APP |
| Page 43/Line 21 | "certain chain of" to "certain of chain of" | omitted, stated |
| Page 43/Line 22 | "commands to command" | as stated |
| Page 49/Line 3 | "big yes" to "big, yes" | Paused thought/Statement |
| Page 83/Line 22 | "would to were" | as stated |
| Page 86/Line 4 | "They're not" to "They are" | as stated |
| Page 99/Line 9 | "OB to OP" | as stated |
| Page 106/Line 1 | "NWHO" to "WHO" | as stated |

FOR READ AND SIGN PURPOSES ONLY

8/12/2021
Date

Jennifer M. Ryan

SUBSCRIBED AND SWORN TO BEFORE ME THIS 12 DAY OF August, 2021.

Karen M. Finnessey
Notary Public

1/17/2022
Commission Expiration Date

KAREN M. FINNESSEY
Notary Public, State of New York
No. 01FI6140094
Qualified in Albany County
My Commission Expires Jan. 17 2022