**Antollino PLLC, Gregory Antollino, Esq., Principal**
116 West 23rd Street, Ste. 500, New York, NY 10011
Ph: 212-334-7397   Cell: 212-979-6899   gregory@antollino.com

January 17, 2022

The Hon. John L Koeltl
U.S. District Judge
500 Pearl Street
New York, NY 10007

RE:     Allen, et al. v. Krucial Staffing, LLC, et ano, 20-cv-2859

Dear Judge Koeltl:

I ask that you consider this the "status report" that I promised in December. At the time, I asked, and you granted, an extension of time for plaintiffs to respond to a defense motion aimed at plaintiffs' expert, Jennifer Ryan – a communicable disease specialist at the American Red Cross.

Insofar as the mediation will take place on a date soon to be chosen in February or March, the defense consents to an extension to a response to the motion until April 1. The reasons I ask for the extension are the same as before: That the purpose of mediation is to avoid motion practice.

Thank you for the consideration.

Sincerely,

/s/

Gregory Antollino

cc:     Michael Abrams