**JASON M. BAXTER**
ATTORNEY AT LAW
267 FIFTH AVENUE, SUITE SB100
NEW YORK, NEW YORK 10016
TELEPHONE (212) 889-9811

April 4, 2022

Honorable John G. Koeltl
USDC Southern District of New York
500 Pearl Street
New York, NY 10007

**Re:** *Allen et. al. v. Krucial Staffing et. al. Case No. 20-cv-2859,*

Dear Judge Koeltl,

I am submitting this letter to notify the court with great sadness in regard to the passing of Attorney Gregory Antollino, counsel for Plaintiffs in this case.

I request that the case be stayed for 30 days in order to determine how Plaintiffs intend to proceed and to obtain new counsel if necessary. The mediation of this case was nearing completion and it is likely that at least some portion of the case will be settled, however there are significant details that must be worked out.

Respectfully Submitted,

*/s/ Jason M. Baxter*

Jason M. Baxter, Esq.

APPLICATION GRANTED
SO ORDERED

*/s/ John G. Koeltl*
John G. Koeltl, U.S.D.J.

4/4/22