UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------------------x
ALEXIS ALLEN, et al.,                        :
                                             :
                 Plaintiffs,                 :       20-CV-2859 (JGK) (OTW)
                                             :
       -against-                             :       ORDER
                                             :
KRUCIAL STAFFING, LLC, et al.,               :
                                             :
                 Defendants.                 :
                                             :
-------------------------------------------------------------x
```

**ONA T. WANG**, **United States Magistrate Judge:**

It has come to the Court's attention that Plaintiffs' counsel, Mr. Antollino, has passed away. The Court extends its condolences to Mr. Antollino's family and friends.

Plaintiffs' previously briefed motion for recusal (ECF 168, 170) is denied. Parties are directed to submit a joint status letter by May 6, 2022.

**SO ORDERED.**

Dated: April 25, 2022
      New York, New York

_s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge