**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
ALEXIS ALLEN, et al.,

               Plaintiffs,

               -against-

KRUCIAL STAFFING, LLC, et al.,

               Defendants.

------------------------------------------------------------x

20-CV-2859 (JGK) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge:**

On June 9, 2022, Judge Koetl entered an Order granting Plaintiffs' counsel's request to withdraw representation of Plaintiffs Alexis Allen, Aimee Branch, Jalen Eaton, and Latricia Hickenbottom. (ECF 191). That stay does not affect the ongoing mediation in this case. Plaintiffs Allen, Branch, Eaton, and Hickenbottom are encouraged to continue to participate in the mediation in this matter, including communicating directly with the mediator. Mediation resources for Plaintiffs who are proceeding *pro se* can be found on the New York Legal Assistance Group's mediation website at https://nylag.org/mediation/, as well as on the SDNY's *Pro Se* Office's website: https://www.nysd.uscourts.gov/prose.

Attorney Baxter is directed to serve a copy of this Order on Plaintiffs Allen, Branch, Eaton, and Hickenbottom.

**SO ORDERED.**

Dated: June 17, 2022
New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge