**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
ALEXIS ALLEN, et al.,                                                     :
                                                                                          :
                     Plaintiffs,                                         :            20-CV-2859 (JGK) (OTW)
                                                                                          :
                    -against-                                           :            **ORDER**
                                                                                          :
KRUCIAL STAFFING, LLC, et al.,                              :
                                                                                          :
                     Defendants.                                      :
                                                                                          :
------------------------------------------------------------x

        **ONA T. WANG**, **United States Magistrate Judge:**

        The Court has been informed that—due to Mr. Antollino's untimely passing, and the withdrawal of Mr. Baxter—*pro se* Plaintiffs Alexis Allen, Aimee Branch, Jalen Eaton, and Letitia Hickenbottom may require limited scope counsel in furtherance of their settlement discussions.

        In determining whether to grant a request for counsel, the Court must consider

> the merits of plaintiff's case, the plaintiff's ability to pay for private counsel, [their] efforts to obtain a lawyer, the availability of counsel, and the plaintiff's ability to gather the facts and deal with the issues if unassisted by counsel.

*Cooper v. A. Sargenti Co., Inc.*, 877 F.2d 170, 172 (2d Cir. 1989) (per curiam).

        In light of the proceedings to date, and the unique posture of this case, this Order authorizes the appointment of counsel for Ms. Allen, Ms. Branch, Mr. Eaton, and Ms. Hickenbottom for the limited purpose of assistance with mediation and settlement.[1]

---

[1] The Court advises *pro se* Plaintiffs that there are no funds to retain counsel in civil cases and the Court relies on volunteers. Due to a scarcity of volunteer attorneys, a lengthy period of time may pass before counsel volunteers to represent *pro se* Plaintiffs. If an attorney volunteers, the attorney will contract *pro se* Plaintiffs directly. There is no guarantee, however, that a volunteer attorney will decide to take the case, and in such circumstances, Plaintiffs will have to continue to proceed with the case *pro se*. Of course, if an attorney offers to take the case, it is entirely the decision of *pro se* Plaintiffs whether to retain that attorney or not.

It is **ORDERED** that the Pro Se Office of this Court seek limited appearance pro bono counsel for these Plaintiffs.

Mr. Baxter is directed to serve a copy of this Order on Ms. Allen, Ms. Branch, Mr. Eaton, and Ms. Hickenbottom.

**SO ORDERED.**

Dated: July 12, 2022
New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge