UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ALEXIS ALLEN, et al.,

               Plaintiffs,

               -against-

KRUCIAL STAFFING, LLC, et al.,

               Defendants.
------------------------------------------------------------x

20-CV-2859 (JGK) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge:**

The Court will hold an in-person status conference in this matter on **Tuesday, May 23, 2023**, at 11:00 a.m. in Courtroom 20D, 500 Pearl Street, New York, NY 10007. The parties are directed to file a joint conference agenda by May 19, 2023, informing the Court of any outstanding issues in the case and proposed relief, if any.

The parties are further directed to meet and confer over whether the joint communication made to the Court via e-mail on April 28, 2023, should be filed either publicly or in redacted form on the docket.

**SO ORDERED.**

                                                                *s/ Ona T. Wang*

Dated: May 1, 2023                                  **Ona T. Wang**
       New York, New York                United States Magistrate Judge