UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
ALEXIS ALLEN, et al.,

              Plaintiffs,

              -against-

KRUCIAL STAFFING, LLC, et al.,

              Defendants.

------------------------------------------------------------x

20-CV-2859 (JGK) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge:**

The Court held a status conference in this matter on June 8, 2023.

By **June 13, 2023**, the parties shall submit their joint proposed briefing schedule regarding Defendants' anticipated Motion for Partial Summary Judgment as well as their proposed resolution of ECF 133.

The stay on the case is **LIFTED**. The parties are directed to refer to the transcript of the June 8, 2023, status conference for additional detail on the Court's rulings.

**SO ORDERED.**

Dated:  June 8, 2023
       New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge