**JASON M. BAXTER**
ATTORNEY AT LAW
267 FIFTH AVENUE, SUITE SB100
NEW YORK, NEW YORK 10016
TELEPHONE (212) 889-9811

June 12, 2023

Honorable Ona T. Wang
USDC Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED.**

Re:   *Allen et. al. v. Krucial Staffing et. al. Case No. 20-cv-2859,*

Dear Judge Wang,

This joint letter is to set forth 1) a briefing schedule for Defendants' motion for summary judgment, 2) a stipulation to resolve Defendants' motion to preclude Plaintiff's expert witness report, 3) status of the case.

1. The parties agree on the following schedule for Defendants' motion: Defendants' motion shall be filed July 21, 2023, Plaintiff's response papers shall be due on July 31, 2023, and Defendants' reply shall be due August 21, 2023.

2. The parties have stipulated that Defendants' motion to preclude the expert witness report be granted. Plaintiff will not use the report for summary judgment or at trial.

3. Discovery on the claims has been completed. After Defendants' motion for summary judgment has been decided, Plaintiff shall have limited discovery on Defendants' assets to the extent that any claims remain entitling Plaintiff to punitive damages.

Respectfully Submitted,

*/s/ Jason M. Baxter*

Jason M. Baxter, Esq.

The Court adopts the parties' proposed briefing schedule. The parties have represented to the Court that they have resolved ECF 133. Accordingly, ECF 133 is hereby terminated as moot. The Clerk of Court is respectfully directed to close ECF 133.

**SO ORDERED.**

Ona T. Wang          6/14/23
U.S.M.J.