# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Alexis Allen, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Krucial Staffing, LLC, et al. <br><br> Defendants. | Case No. 20-CV-2859 (JGK) <br><br> **DEFENDANTS' NOTICE OF MOTION FOR PARTIAL SUMMARY JUDGMENT** |

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support of Defendants' Motion for Partial Summary Judgment; Defendants' Statement of Undisputed Material Facts Pursuant to L.R. 56.1; Declaration of Kate Gasper, Esq. in Support of Defendants' Motion for Partial Summary Judgment, with exhibits; Declaration of Ann-Nicole Bachhuber in Support of Defendants' Motion for Partial Summary Judgment, with exhibits; and Declaration of Scott Beal in Support of Defendants' Motion for Partial Summary Judgment; and all prior pleadings, orders, and proceedings herein, Defendants Krucial Staffing, LLC and Brian Cleary, by their attorneys, hereby move this Court for an order pursuant to Rule 56 of the Federal Rules of Civil Procedure granting its motion for partial summary judgment with respect to all pending claims in this matter.

PLEASE TAKE FURTHER NOTICE that, pursuant to the scheduling ordered entered by this Court on June 14, 2023 (ECF No. 212 and 214), opposing papers, if any, must be served upon the undersigned on or before July 31, 2023; and reply papers, if any, must be served on or before August 21, 2023.  Any oral argument will occur on a date and at a time designated by the Court.

Dated: July 21, 2023

        Respectfully submitted,

        LATHROP GPM LLP

        /s/ *Michael J. Abrams*
        Nancy Sher Cohen (NY Bar No. 4160479)
        2049 Century Park East, Suite 3500S
        Los Angeles, California 90067
        (310) 789-4600 / (310) 789-4601 FAX
        Nancy.Cohen@LathropGPM.com

        and

        Michael J. Abrams (*pro hac vice admitted*)
        Kate O'Hara Gasper (*pro hac vice admitted*)
        2345 Grand Boulevard, Suite 2200
        Kansas City, Missouri 64108-2618
        (816) 292-2000 / (816) 292-2001 FAX
        Michael.Abrams@LathropGPM.com
        Kate.Gasper@LathropGPM.com

        ATTORNEYS FOR DEFENDANTS