UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Alexis Allen, et al.,<br><br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>Krucial Staffing, LLC, et al.<br><br>　　　　Defendants. | Case No. 20-CV-2859 (JGK)<br><br>**DECLARATION OF KATE GASPER, ESQ.** |

I, Kathryn O'Hara Gasper, testify to the following:

　　　　1.　　　　My name is Kathryn O'Hara Gasper, and I am a partner in the law firm of Lathrop GPM, LLP.  We represent the Defendants in the above-referenced litigation.  I am admitted to practice law in the States of Missouri and Kansas, and am admitted *pro hac vice* for this matter.  Except where otherwise stated, I have personal knowledge of the matters stated herein, and, if called upon, could and would testify competently thereto.

　　　　2.　　　　Attached to my Declaration as **Exhibit 1-A** is a true and correct copy of the *Second Amended Complaint*, Doc. 76, filed in the above-referenced litigation.  This is the most recent Complaint filed on behalf of Plaintiff Brandon Burr.

　　　　3.　　　　Attached to my Declaration as **Exhibit 1-B** is a true and correct copy of the *Joint Stipulation with Prejudice of Claims Asserted by Plaintiffs Alexis Allen, Latricia Hickenbottom, Jalen Eaton, Nancy Torres, Jose Pinlac, and Aimee Branch*, Doc. 203, filed in the above-referenced litigation.  All other plaintiffs, except for Plaintiff Brandon Burr, stipulated to the dismissal of their claims in this suit.

4. Attached to my Declaration as **Exhibit 1-C** is a true and correct copy of the *Joint Stipulation of Dismissal of Counts III and IV Asserted by Plaintiff Burr*, Doc. 213-1, filed in the above-referenced litigation. Plaintiff Brandon Burr voluntarily stipulated to the dismissal of his claims asserted under Counts III and IV in the Second Amended Complaint.

5. Attached to my Declaration as **Exhibit 1-D** is a true and correct copy of excerpts from the official transcript from the March 5, 2021 Deposition of Plaintiff Brandon Burr.

6. Attached to my Declaration as **Exhibit 1-E** is a true and correct copy of the Initial Disclosures served on behalf of Plaintiff Brandon Burr on or about August 28, 2020. No supplemental disclosures were served on behalf of Plaintiff Brandon Burr.

7. Attached to my Declaration as **Exhibit 1-F** is a true and correct copy of excerpts from Plaintiffs' Collective Response to Interrogatories served on behalf of Plaintiff Brandon Burr on or about November 2, 2020. No supplemental or revised interrogatory answers were served on behalf of Plaintiff Brandon Burr.

8. Attached to my Declaration as **Exhibit 1-G** is a true and correct copy of an e-mail from Plaintiff Brandon Burr's former attorney, Gregory Antollino, to my partner, Michael Abrams, regarding the limitation of Burr's alleged damage for his defamation claim to "per se damages."

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 21, 2023 in Prairie Village, Kansas.

*/s/ Kate O'Hara Gasper*

62187005v1