UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Alexis Allen, et al.

                Plaintiffs,

v.

Krucial Staffing, LLC, et al.,

                Defendants.
------------------------------------------------------------X

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

20-CV-2859 (JGK)

Plaintiff Brandon Burr and Defendants Krucial Staffing, LLC and Brian Cleary, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the voluntary dismissal with prejudice of the Second Amended Complaint [Doc. 76], with each party to bear their own costs and attorneys' fees. Additionally, as indicated in the Joint Stipulation of Dismissal with Prejudice of Claims Asserted by Plaintiffs Alexis Allen, Latricia Hickenbottom, Jalen Eaton, Nancy Torres, Jose Pinlac and Aimee Branch [Doc. 201], which is incorporated herein by reference, the voluntary dismissal of Brandon Burr's claims disposes of all claims asserted in the Second Amended Complaint by all plaintiffs in the above-captioned lawsuit.

Respectfully submitted,

LATHROP GPM LLP

By: */s/ K.O. Gasper*

Nancy Sher Cohen (NY Bar No. 4160479)
1888 Century Park East, Suite 1000
Los Angeles, California 90067
Telephone: (310) 789-4600
Facsimile: (310) 789-4601
Nancy.Cohen@LathropGPM.com

And

Michael J. Abrams (pro hac vice admitted)
Kate O'Hara Gasper (pro hac vice admitted)
2345 Grand Boulevard, Suite 2200
Kansas City, Missouri 64108-2618
Telephone: (816) 292-2000
Telecopier: (816) 292-2001
Michael.Abrams@LathropGPM.com
Kate.Gasper@LathropGPM.com

ATTORNEYS FOR DEFENDANTS
KRUCIAL STAFFING, LLC AND BRIAN CLEARY

And

*/s/ Jason M. Baxter*

Jason M. Baxter, Esq.,
267 Fifth Avenue, Suite 810
New York, NY 10016
(212)-889-9811
Fax: (212) 889-9818
Email: jason@lawbaxter.com
ATTORNEY FOR PLAINTIFF
BRANDON BURR

*Handwritten annotation:* The Clerk is directed to close this case. So ordered. 9/8/23 /s/ JGK U.S.D.J.

2

61574907v1